IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA K. McCRAY, #187461, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:09cv331-WHA |
| ) | |
| CYNTHIA S. WHEELER-WHITE, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #17), entered on March 21, 2011, and after a full review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED, and this case is DISMISSED with prejudice.

DONE this 11th day April, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE