IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA K. McCRAY, #187461, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:09cv331-WHA |
| ) | |
| CYNTHIA S. WHEELER-WHITE, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

**FINAL JUDGMENT**

In accordance with the order entered on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 11th day April, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE